between the Parties to Arbitration.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of A. VIVIAN HOGG against SILK SERVICE CORPORATION for an Order Requiring Said Defendant to Submit Certain Differences between the Parties to Arbitration.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOSEPH JANOFF V. BENJAMIN KAUFMAN, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CARL ULLMAN & COMPANY V. AMERICAN-HAWAIIAN STEAMSHIP COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ANNA F. OSTROWE V. RICHARD L. LEE.— Motion granted; question certified. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Conserve the Assets for the Benefit of the Creditors of the SECOND RUSSIAN INSURANCE COMPANY and the Interests of Its Policyholders, Creditors, Stockholders and the Public. Objections of HAMBURG INSURANCE COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

JAMES T. CAVANAGH, as President of Local Union No. 585 of New York City of the United Brotherhood of Carpenters and Joiners of America, v. LINCOLN JOSE and Others, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FRANKLYN BACKER V. GEORGE D. TILLOTSON and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Application of GIUSEPPA RAINIERI against THE DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GIUSEPPE PERRONE, as Administrator, etc., v. THIRD AVENUE RAILWAY COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAM SHAPIRO, Individually and as Administrator, etc., v. EQUITABLE CASUALTY AND SURETY COMPANY, Also Known as EQUITABLE CASUALTY & SURETY CO., INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

EUGENIA B. MCCREERY V. EARL WILLIAM MCCREERY.— Motion granted. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

In the Matter of the Application of GIUSEPPA RAINIERI against THE DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NATIONAL BANK OF NORTH HUDSON V. LAWRENCE J. HIRSCH and Others and IRVING TRUST COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.